DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
MARIANO MONTENEGRO VALLEJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARIANO MONTENEGRO VALLEJO, ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. CR.S-12-156-LKK <br><br> **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date: July 31, 2012 <br> Time: 9:15 a.m. <br> Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PAUL HEMESATH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for MARIANO MONTEGNEGRO VALLEJO, that the status conference date of June 26, 2012, be vacated, and the matter be set for status conference on July 31, 2012, at 9:15 a.m.

The reason for the continuance is that counsel is still in the process of reviewing discovery both electronic and written and discussing it with Mr. Montenegro Vallejo. In addition the parties will need to meet and confer regarding settlement.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 26, 2012, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

The Court finds that the ends of justice to be served by granting a continuance outweigh

the best interest of the public and the defendant in a speedy trial.

DATED: June 26, 2012.                Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Public Defender

                                    /s/ Courtney Fein
                                    COURTNEY FEIN
                                    Designated Counsel for Service
                                    Attorney for MARIANO VALLEJO

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Courtney Fein for
                                    PAUL HEMESATH
                                    Assistant United States Attorney

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 26, 2012, status conference hearing be continued to July 31, 2012, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the July 31, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: June 25, 2012

                                                          LAWRENCE K. KARLTON
                                                          SENIOR JUDGE
                                                          UNITED STATES DISTRICT COURT