| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | COURTNEY FEIN, Bar #244785<br>Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, California 95814 |
| 4 | (916) 498-5700 |
| 5 | Attorney for Defendant<br>MARIANO MONTENEGRO VALLEJO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-12-156-LKK |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| MARIANO MONTENEGRO VALLEJO, | ) | Date: September 18, 2012<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PAUL HEMESATH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for MARIANO MONTEGNEGRO VALLEJO, that the status conference date of July 31, 2012, be vacated, and the matter be set for status conference on September 18, 2012, at 9:15 a.m.

The reason for the continuance is that counsel is still in the process of reviewing discovery both electronic and written and discussing it with Mr. Montenegro Vallejo. In addition the parties will need to meet and confer regarding settlement.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 18, 2012, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

The Court finds that the ends of justice to be served by granting a continuance outweigh

the best interest of the public and the defendant in a speedy trial.

DATED: July 27, 2012.                    Respectfully submitted,

                                       DANIEL J. BRODERICK  
                                       Federal Public Defender

                                       /s/ Courtney Fein  
                                       COURTNEY FEIN  
                                       Designated Counsel for Service  
                                       Attorney for MARIANO VALLEJO

                                       BENJAMIN B. WAGNER  
                                       United States Attorney

                                       /s/ Courtney Fein for  
                                       PAUL HEMESATH  
                                       Assistant United States Attorney

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 31, 2012, status conference hearing be continued to September 18, 2012, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the September 18, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:    July 27, 2012

                                                            LAWRENCE K. KARLTON  
                                                           SENIOR JUDGE  
                                                           UNITED STATES DISTRICT COURT