1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,

12              Plaintiff,

13         v.                          CIV. S-12-2501 LKK/GGH

14  APPROXIMATELY $18,000.00 SEIZED
    FROM CHASE BANK ACCOUNT NUMBER
15  3121639956, HELD IN THE NAME
    OF MARIANO VALLEJO, et al.,

16
              Defendants.
17  _____/
    UNITED STATES OF AMERICA,
18
              Plaintiff,
19
         v.                          CIV. S-12-1082 LKK/GGH
20
    REAL PROPERTY LOCATED AT 9688
21  POPLAR COURT, LIVE OAK,
    CALIFORNIA, SUTTER COUNTY, APN:
22  06-670-016, INCLUDING ALL
    APPURTENANCES AND IMPROVEMENTS
23  THERETO,

24              Defendant.
    _____/
25

26  ////

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR. S-12-0156 LKK |
| MARIANO MONTENEGRO VALLEJO, | RELATED CASE ORDER |
| Defendant. | |

_____/

The court has received the Notice of Related Cases filed October 9, 2012. Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 2012). The civil forfeiture actions and the criminal action arise from the same law enforcement investigation and thus involve substantially the same events, transactions, and parties.

Because the cases are already assigned to the same district judge and magistrate judge, this order is issued for informational purposes only and shall have no effect on the status of the cases.

IT IS SO ORDERED.

DATED: October 9, 2012.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT