HEATHER E. WILLIAMS, Bar #122664
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
MARIANO MONTENEGRO VALLEJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-12-156-LKK |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) ) | |
| MARIANO MONTENEGRO VALLEJO, | ) ) ) | Date: September 24, 2013
Time: 9:15 a.m.
Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) ) ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PAUL HEMESATH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for MARIANO MONTEGNEGRO VALLEJO, that the status conference date of July 30, 2013, be vacated, and the matter be set for status conference on September 24, 2013, at 9:15 a.m.

The reason for the continuance is that additional time is needed to seek out the assistance of an expert relating to laboratory testing, have further discussions with Mr. Vallejo, and otherwise continue defense preparation.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 24, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

The Court finds that the ends of justice to be served by granting a continuance outweigh

the best interest of the public and the defendant in a speedy trial.

DATED: July 31, 2013.                     Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Public Defender

                                             /s/ Courtney Fein
                                             COURTNEY FEIN
                                             Designated Counsel for Service
                                             Attorney for MARIANO VALLEJO

                                             BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ Courtney Fein for
                                             PAUL HEMESATH
                                             Assistant United States Attorney

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 30, 2013, status conference hearing be continued to September 24, 2013, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the September 24, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: July 30, 2013

                                             LAWRENCE K. KARLTON
                                             SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT